THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 18-196-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |
| LEONARD LEWIS, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of Defendant Leonard Lewis to file his Sentencing Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant Leonard Lewis's Sentencing Memorandum be filed under seal.

DONE this 7th day of May, 2019.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Leonard Lewis

ORDER TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM
(US v. Leonard Lewis; CR18-196RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100